# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHA AHMED,<br><br>                     Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.<br><br>                    Defendants. | Case No.: 18cv2575-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal, representing that the case is now moot. Defendants have not answered or appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 7, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge